## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES TYSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-11-617-M |
| DEBBIE MORTON, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

On November 2, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's motion for dismissal, construed as a motion seeking dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(2), should be granted and this cause of action dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by November 22, 2011 and no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on November 2, 2011, and

(2) DISMISSES this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED this 30th day of November, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE